## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL REEHLE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FRIENDS SERVICES FOR THE AGING** | : | |
| **d/b/a FRIENDS SERVICES ALLIANCE,** | : | |
| *Defendant.* | : | **NO. 23-cv-00945** |

## O R D E R

**AND NOW,** this 11th day of July 2024, it having been reported that the issues between the parties in the above action have been settled (counsel email attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

| | |
|---|---|
| **From:** | Kelle Kilgarriff |
| **To:** | Chambers of Judge Chad F Kenney |
| **Cc:** | eficaro@kaufmandolowich.com; Charles Curley |
| **Subject:** | Reehle v. Friends Services Alliance; E.D. Pa. No. 23-00945 |
| **Date:** | Thursday, July 11, 2024 11:36:17 AM |

**CAUTION - EXTERNAL:**

Dear Judge Kenney:

This firm represents Plaintiff Carol Reehle in the above referenced matter.  Per Your Honor's policies and procedures, we are writing to advise that the parties have resolved the matter and are working on the settlement documentation. We have copied defendant's attorney on this email correspondence.

If the Court requires further information, please do not hesitate to have the clerk contact us.

Respectfully,

Kelle A. Kilgarriff | **Curley & Rothman, LLC** | Spring Mill Corporate Center | 1100 E. Hector St., Suite 425, Conshohocken, PA  19428  | Phone: 610.834.8819, *109 | Direct voice: (484) 362-6288 | Fax: (610) 834-8813 | www.curleyrothman.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.